1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALFREDO KUBA, an individual,

          Plaintiff,

   v.

MARINE WORLD JOINT POWERS
AUTHORITY, an unknown business entity, et
al.

          Defendants.

CASE NO.:  2:05-CV-00794-WBS-JFM

**ORDER GRANTING EX PARTE
APPLICATION FOR ORDER
SHORTENING TIME**

     This Application for Order Shortening Time for Plaintiff's Motion for Preliminary

Injunctive and Declaratory Relief, having been stipulated to by one of the parties, and good

cause having been demonstrated, is granted pursuant to Federal Rules of Civil Procedure 6(d)

and Local Rule 6-144(e).

IT IS ORDERED that:

     Any opposition to Plaintiff's Motion for Preliminary Injunctive and Declaratory Relief

shall be filed no later than ___5/3/06_____, and any reply shall be filed no later than

PDF created with pdfFactory trial version www.pdffactory.com

1    _5/9/06_____.  The hearing on the motion for preliminary injunctive and declaratory

2    relief is set for May 15, 2006 at 1:30 pm, in courtroom #5.

3    DATED:  April 27, 2006

4    _____

     WILLIAM B. SHUBB

5    UNITED STATES DISTRICT JUDGE