FREDERICK G. SOLEY
City Attorney, SBN 100270
**ALESIA JONES-MARTIN**
Assistant City Attorney, SBN 154420
**CITY OF VALLEJO,** City Hall
555 Santa Clara Street, Third Floor
P.O. Box 3068
Vallejo, CA  94590
(707) 648-4545   FAX:  (707) 648-4687

Attorneys for Defendants, CITY OF VALLEJO, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ALFREDO KUBA, | Case No. 2:05-CV-00794-WBS-JFM |
| Plaintiff, | **[PROPOSED] STIPULATION** |
| v. | |
| MARINE WORLD JOINT POWERS AUTHORITY, et al., | |
| Defendant. | |

The original Complaint in the above-entitled action was filed on April 20, 2005.  On July 26, 2005, the Court issued its Status (Pretrial Scheduling) Order.  On February 28, 2006, the Court signed the Order Granting Leave to Add Defendants by Substituting Ray Matela, Chris Nevasca, Micah Baker and Ron Cervantez for Does 1-4.

As of the date of this Stipulation, the parties have not completed discovery.  Dispositive motions would necessarily be predicated on said discovery.

/ / /

/ / /

/ / /

**STIPULATION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION CUT-OFF DATE**

**IT IS HEREBY STIPULATED** pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, by and between Corey A. Evans, counsel for Plaintiff; Alesia Jones-Martin, counsel for Defendants Marine World Joint Powers Authority, City of Vallejo, Vallejo Police Department, Lieutenant Salinas, Officer Douglas Wilcox, Sergeant Schroeder, Officer Thompson, Officer Hammrick, and Officer Bautista; and Michael L. Amaro, counsel for Defendants Six Flags Themes Parks, Inc., dba Six Flags Marine World, Joe Meck, Dale Arnold, Aaron Arky, Ray Matela, Chris Nevasca, Micah Baker and Ron Cervantez, that the parties may conduct discovery beyond the date specified by the Court's Status (Pretrial Scheduling) Order, April 28, 2006.

The parties further stipulate that the parties may file dispositive motions to be heard no later than September 1, 2006, ninety-five (95) days before trial.

The parties further stipulate to continue the Pre-Trial Conference, presently set for August 14, 2006, at 10:00 a.m., to October 23, 2006, at 10:00 a.m.

The parties further stipulate to continue the Trial of this matter, presently set to commence on October 3, 2006, at 9:00 a.m., to December 5, 2006, at 9:00 a.m.

**IT IS SO STIPULATED.**

DATED:   May 3, 2006         /s/ - Alesia Jones-Martin
                             ALESIA JONES-MARTIN
                             Assistant City Attorney
                             Attorney for Defendants,
                             MARINE WORLD JOINT POWERS
                             AUTHORITY, et al.

DATED:   May 16, 2006        /s/
                             MICHAEL L. AMARO
                             Attorney for Defendants SIX FLAGS
                             THEMES PARKS, INC., dba SIX FLAGS
                             MARINE WORLD, et al.

1
2  DATED:   May 4, 2006                    /s/
                                           COREY A. EVANS
3                                          Attorney for Plaintiff
4
5      **IT IS SO ORDERED.**
6  DATED:  May 17, 2006
7
8                                          _____
                                           WILLIAM B. SHUBB
9                                          UNITED STATES DISTRICT JUDGE
10
11  stip2
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28