UNITED STATES DISTRICT COURT
EATERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ALFREDO KUBA, | CASE NO. 2:05-CV-00794-WBS-JFM |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR CONTINUANCE OF SUMMARY JUDGMENT |
| v. | |
| MARINE WORLD JOINT POWERS AUTHORITY, et al. | |
| Defendants. | |

Plaintiff's request for a continuance of the motion for summary judgment, filed by defendants Bautista, Thompson, Salinas, Schroeder, Hamrick and the City of Vallejo ("Defendants Motion"), is hereby granted pursuant to Federal Rules of Civil Procedure 56(f).

IT IS ORDERED that:

Defendants Motion currently scheduled for August 21, 2006 at 1:30 p.m., shall be continued till __October 16, 2006__ at 1:30 p.m. Any opposition and/or reply shall be filed in accordance with Local Rules 78-230 (c) and (d).

DATED: August 11, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE