Corey A. Evans (SBN 218789)
Geneva Page (SBN 235633)
**EVANS & PAGE**
1210 22nd Street
San Francisco, CA 94107

ph: (415) 293-8592
fax: (415) 358-5855

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ALFREDO KUBA, | CASE NO.: 2:05-CV-00794-WBS-JFM |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| MARINE WORLD JOINT POWERS AUTHORITY, et al. | Trial Date: December 5, 2006<br>Dept: Honorable William B. Shubb |
| Defendants. | |

TO THE COURT, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

All parties settled all claims pursuant to a mediation that occurred on November 14, 2006, before mediator D. Jay Folberg. On November 14, 2006, the parties signed an agreement whereby plaintiff will dismiss this case, with prejudice, against all defendants upon the occurrence of specified conditions by defendants. These specified conditions are anticipated to take place within a few weeks.

Respectfully submitted,

Dated: November 15, 2006    **EVANS & PAGE**

By: /s/ Corey Evans
Corey A. Evans
Attorney for Plaintiff