Corey A. Evans (SBN 218789)
Geneva Page (SBN 235633)
**EVANS & PAGE**
1210 - 22nd Street
San Francisco, CA 94107

ph: (415) 695-0951
fax: (415) 358-5855

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ALFREDO KUBA, <br><br> Plaintiff, <br><br> v. <br><br> MARINE WORLD JOINT POWERS AUTHORITY, et al. <br><br> Defendants. | CASE NO.: 2:05-CV-00794-WBS-JFM <br><br> **NOTICE OF DISMISSAL OF ALL DEFENDANTS WITH PREJUDICE** <br><br> Dept:     Honorable William B. Shubb |

TO THE COURT, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

Plaintiff ALFREDO KUBA hereby enters a voluntary dismissal, with prejudice, of all defendants in this action.

Respectfully submitted,

Dated: January 8, 2007     **EVANS & PAGE**


By: /s/ Corey Evans
Corey A. Evans
Attorney for Plaintiff